# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:08-cv-0246-LDG-RAM<br>(Kroshus I) |
| ALICIA UHOUSE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | 3:08-cv-0285-LDG-RAM |
| BILL ADAMSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:08-cv-0621-LDG-RAM<br>(Adamson I) |

| | |
|---|---|
| LARRY J. MOORE, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>        Defendants. | 3:09-cv-0167-LDG-RAM |
| JAMES ADGETT, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>        Defendant. | 3:09-cv-0649-LDG-RAM |
| JUDY KROSHUS, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br>        Defendants. | 3:09-cv-0713-LDG-RAM <br> (Kroshus II) |
| BILL ADAMSON, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>        Defendant. | 3:09-cv-0715-LDG-RAM <br> (Adamson II) |
| JASON AMES, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>        Defendant. | 3:10-cv-0463-LDG-RAM |

Case 3:09-cv-00715-LDG   Document 62   Filed 09/27/10   Page 3 of 4

The court considers it productive to address the scheduling of pending dispositive and consolidation motions during the October 21, 2010 video conference hearing. The court has also received a request from counsel in <u>Moore</u> to include discussion of its pending motion for class certification at that video conference. The court, however, finds it more manageable to schedule a separate hearing for the <u>Moore</u> class certification motion, and will permit discussion of that scheduling at the October 21, 2010 hearing. Furthermore,

THE COURT HEREBY ORDERS that, in the interests of case management and the consolidation for oral argument of pending dispositive and consolidation motions, and pending discussion during the video conference hearing of the potential for mediation, the following motions are DENIED without prejudice to their reinstatement following the scheduling of oral argument on pending dispositive and consolidation motions:

 Defendants C.A.L. Investment Properties, Cal Eilrich and Dinah Eilrich's motion for summary judgment (#329) in <u>Kroshus I</u>;

 Plaintiffs' motion to consolidate (#372) in <u>Kroshus I</u>;

 Plaintiffs' motion to consolidate (#165) in <u>Uhouse</u>;

 Plaintiffs' motion to consolidate (#56) in Adamson I;

 Defendant United States' motion to strike jury demand and to strike claims for prejudgment interest and attorneys' fees (#19) in <u>Adgett</u>;

 Defendant Unites States' motion to dismiss duplicative claims by certain defendants (#20) in <u>Adgett</u>;

 Defendant United States' motion to dismiss (#21) in <u>Adgett</u>;

 Defendants TRC Engineers, Inc., Martin Ugalde, Robert Bidart, and Michael Bidart's motion to dismiss and to strike plaintiffs' complaint pursuant to Fed. R. Civ. P. 12(b)(6), 12(f), and 12(g) (#22) in <u>Kroshus II</u>;

 Defendant C.A.L. Investment Properties' motion to strike and motion to dismiss (#34) in <u>Kroshus II</u>;

 Federal defendants' motion to dismiss duplicative claims by certain defendants (#45) in <u>Kroshus II</u>;

3

Defendants C.A.L. Eilrich and Dinah Eilrich's motion to strike and motion to dismiss (#46) in Kroshus II;

Federal defendants' motion to strike jury demand and to strike claims for prejudgment interest and attorneys' fees (#20) in Adamson II;

Federal defendants' motion to dismiss duplicative claims by certain plaintiffs (#21) in Adamson II;

Federal defendants' motion to strike class allegations (#22) in Adamson II; and

Federal defendants' motion to dismiss (#23) in Adamson II.

THE COURT FURTHER ORDERS that the Kroshus I plaintiffs' motion to file opposition to motion for summary judgment (#357) is GRANTED; and that the Moore plaintiffs' motion for leave to file sur-reply (#26), and motions to extend time regarding dispositive matter (#29 and #30) are GRANTED.

DATED this ____ day of September, 2010.

_____
Lloyd D. George
United States District Judge