**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | 3:08-cv-0246-LDG-RAM<br>(Kroshus I) |
| ALICIA UHOUSE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | 3:08-cv-0285-LDG-RAM |
| BILL ADAMSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | 3:08-cv-0621-LDG-RAM<br>(Adamson I) |

| | |
|---|---|
| LARRY J. MOORE, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendants. | 3:09-cv-0167-LDG-RAM |
| JAMES ADGETT, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | 3:09-cv-0649-LDG-RAM |
| JUDY KROSHUS, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | 3:09-cv-0713-LDG-RAM<br>(Kroshus II) |
| BILL ADAMSON, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | 3:09-cv-0715-LDG-RAM<br>(Adamson II) |
| JASON AMES, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | 3:10-cv-0463-LDG-RAM |

In conformity with the subdivision of pending motions for oral arguments and rulings announced by the court in its order of March 16, 2011, and in the further interests of case management of this litigation,

THE COURT HEREBY ORDERS that the following motions are DENIED without prejudice subject to their reinstatement by the court in the due course of the aforementioned proceedings:

Kroshus v. United States (Kroshus I), 3:08-cv-0246-LDG-RAM

TCID defendants' motion for summary judgment regarding immunities of public agencies (#541)

TCID's motion for summary judgment re: duty to disclose (#543)

TCID's motion for summary judgment re: dismissal of all plaintiffs who have not timely complied with NRS 41.036(2), Nevada's notice of claim statute (#544)

TCID's motion for partial summary judgment re: plaintiffs' claims for personal injury damages (#545)

TCID's motion for partial summary judgment re: claim for fraud (#546)

TCID's motion for summary judgment pursuant to NRS 41.033 (#547)

TCID's motion for partial summary judgment re: plaintiffs' claims for emotional distress damages (#548)

TCID's motion for partial summary judgment re: applicability of NRS 41.035(1), Nevada's statutory damages cap (#549)

TCID's motion for summary judgment re: claims for "violation of due process" (#550)

TCID's motion for partial summary judgment re: punitive damages (#551)

Uhouse v. Bureau of Reclamation, 3:08-cv-0285-LDG-RAM

TCID defendants' motion for summary judgment regarding immunities of public agencies (#283)

TCID's motion for summary judgment re: duty to disclose (#285)

TCID's motion for summary judgment re: dismissal of all plaintiffs who have not timely complied with NRS 41.036(2), Nevada's notice of claim statute (#286)

TCID's motion for summary judgment re: causes of action against "Board of Directors of Truckee Carson Irrigation District, as Individuals" (#287)

TCID's motion for partial summary judgment re: plaintiffs' claims for personal injury damages (#288)

TCID's motion for summary judgment pursuant to NRS 41.033 (#289)

TCID's motion for partial summary judgment re: plaintiffs' claims for emotional distress damages (#290)

TCID's motion for partial summary judgment re: applicability of NRS 41.035(1), Nevada's statutory damages cap (#291)

Adgett v. United States, 3:09-cv-0649-LDG-RAM

United States' motion for renewal and reinstatement of motion (#21) to dismiss (#70)

Kroshus v. United States (Kroshus II), 3:09-cv-0713-LDG-RAM

TRC Engineers, Inc.'s etc. reinstatement of motion to dismiss and motion to strike plaintiffs' complaint (construed as a motion to reinstate said motions) (#175)

TCID defendants' motion for summary judgment regarding immunities of public agencies (#176)

TCID's motion for summary judgment re: duty to disclose (#178)

TCID's motion for summary judgment re: dismissal of all plaintiffs who have not timely complied with NRS 41.036(2), Nevada's notice of claim statute (#179)

TCID's motion for partial summary judgment re: plaintiffs' claims for personal injury damages (#180)

TCID's motion for summary judgment pursuant to NRS 41.033 (#181)

TCID's motion for partial summary judgment re: plaintiffs' claims for emotional distress damages (#182)

TCID's motion for partial summary judgment re: applicability of NRS 41.035(1), Nevada's statutory damages cap (#183)

TCID's motion for summary judgment re: claims for "violation of due process" (#184)

C.A.L. Investment Properties, Cal Eilrich and Dinah Eilrich's renewal of motion to strike and motion to dismiss documents (construed as a motion for renewal) (#187)

Ames v. United States, 3:10-cv-0463-LDG-RAM

United States' motion to dismiss for lack of jurisdiction (#15)

Plaintiffs' motion to convert motion to dismiss to motion for summary judgment (#27)

DATED this 22 day of September, 2011.

Lloyd D. George
United States District Judge