1  Robert C. Maddox, Esq., NV Bar No. 4002
   Nancy H. Jasculca, Esq., NV Bar No. 9594
2  **ROBERT C. MADDOX & ASSOCIATES**
   10587 Double R Blvd., Suite 100
3  Reno, NV 89521
   Telephone: (775)322-3666 • Facsimile: (775)322-6338
4

   Vernon E. Leverty, Esq., NV Bar No. 1246
5  Patrick R. Leverty, Esq., NV Bar No. 8840
   **LEVERTY & ASSOCIATES LAW, CHTD.**
6  832 Willow Street
   Reno, Nevada 89502
7  Telephone: (775) 322-6636 • Facsimile: (775) 322-3953

8  Calvin R.X. Dunlap, Esq., NV Bar No. 2111
   Monique Laxalt, Esq., NV Bar No. 1969
9  **DUNLAP & LAXALT**
   537 Ralston Street
10 Reno, Nevada 89503
   Telephone: (775) 323-7790 • Facsimile: (775) 323-5454
11

12                    UNITED STATES DISTRICT COURT

13                         DISTRICT OF NEVADA

14 BILL ADAMSON, et al.,                    CASE NO. 3:09-cv-00621-LDG

15         Plaintiffs,                     **SUBSTITUTION OF ATTORNEYS**

16 vs.

17 UNITED STATES OF AMERICA,

18         Defendants.
                                    /
19
   BILL ADAMSON, et al.,                    CASE NO. 3:09-cv-00715-LDG
20
           Plaintiffs,                     **SUBSTITUTION OF ATTORNEYS**
21
   vs.
22
   UNITED STATES OF AMERICA,
23
           Defendants.
24                                  /

25

26     Plaintiff Adriana Noriega hereby substitutes ROBERT C. MADDOX &
27 ASSOCIATES, 10587 Double R Blvd., Suite 100, Reno, NV 89521, Telephone: (775) 322-3666;
28 LEVERTY & ASSOCIATES LAW CHTD., 832 Willow Street, Reno, Nevada 89502,

                                     1

1  Telephone: (775) 322-6636; and DUNLAP & LAXALT, 537 Ralston Street, Reno, Nevada
2  89503, Telephone: (775) 323-7790 as attorneys of record in place and stead of: HAGER &
3  HEARNE, 245 E. Liberty Street, Suite 450, Reno, Nevada 89501 and Lee T. Hotchkin, Esq., 100
4  W. Liberty Street, Suite 820, Reno, Nevada 89501.

6  I consent to the above substitution.
7  DATED: 11/28/12
8  _____ (minor child)
   *(Signature of Party)*

10  I consent to the above substitution.                    I consent to the above substitution.
11  DATED: 12/6/12                                           DATED: 12/6/12

12  HAGER & HEARNE                                           LEE T. HOTCHKIN, Esq.

14  /S/ Treva Hearne                                         /S/ Lee Hotchkin
    Treva J. Hearne, Esq.                                    Lee T. Hotchkin, Esq.
15  245 E. Liberty Street, Suite 450                         100 W. Liberty Street, Suite 820
    Reno, Nevada 89501                                       Reno, Nevada 89501.
16  *Present Attorneys*                                      *Present Attorneys*

18  We are duly admitted to practice in this District.      We are duly admitted to practice in this District.
    Above substitution accepted.                             Above substitution accepted.
19  DATED: 12/5/12                                           DATED: 12/6/12

20  LEVERTY & ASSOCIATES LAW CHTD.                           ROBERT C. MADDOX & ASSOCIATES

22  /S/ Patrick Leverty                                      /S/ Robert Maddox
23  Vernon E. Leverty, Esq.                                  Robert C. Maddox, Esq.
    Patrick R. Leverty, Esq.                                 Nancy Jasculca, Esq.
24  832 Willow St.                                           10587 Double R Blvd., Suite 100
    Reno, Nevada 89502                                       Reno, NV 89521
25  *New Retained Attorneys*                                 *New Retained Attorneys*

1. We are duly admitted to practice in this District.
2. Above substitution accepted.
3. DATED: 12/6/12
4. DUNLAP & LAXALT
5.
6. /S/ Calvin Dunlap
   Calvin R.X. Dunlap, Esq.
7. Monique Laxalt, Esq.
   537 Ralston Street
8. Reno, Nevada 89503
   *New Retained Attorneys*
9. APPROVED:
10. DATED: 17 Dec 2012
11.
12.
13. UNITED STATES DISTRICT JUDGE
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.