1  Robert C. Maddox, Esq., NV Bar No. 4002
   Nancy H. Jasculca, Esq., NV Bar No. 9594
2  **ROBERT C. MADDOX &ASSOCIATES**
   10587 Double R Blvd., Suite 100
3  Reno, NV 89521
   Telephone: (775)322-3666 • Facsimile: (775)322-6338
4
   Vernon E. Leverty, Esq., NV Bar No. 1246
5  Patrick R. Leverty, Esq., NV Bar No. 8840
   **LEVERTY &ASSOCIATES LAW, CHTD.**
6  832 Willow Street
   Reno, Nevada 89502
7  Telephone: (775) 322-6636 • Facsimile: (775) 322-3953

8  Calvin R.X. Dunlap, Esq., NV Bar No. 2111
   Monique Laxalt, Esq., NV Bar No. 1969
9  **DUNLAP &LAXALT**
   537 Ralston Street
10 Reno, Nevada 89503
   Telephone: (775) 323-7790 • Facsimile: (775) 323-5454
11

12                  **UNITED STATES DISTRICT COURT**

13                      **DISTRICT OF NEVADA**

14  BILL ADAMSON, *et al.*,                    CASE NO. 3:09-cv-00621-LDG

15              Plaintiffs,              **SUBSTITUTION OF ATTORNEYS**

16  vs.

17  UNITED STATES OF AMERICA,

18              Defendants.
                                      /
19
    BILL ADAMSON, *et al.*,                    CASE NO. 3:09-cv-00715-LDG
20
                Plaintiffs,              **SUBSTITUTION OF ATTORNEYS**
21
    vs.
22
    UNITED STATES OF AMERICA,
23
                Defendants.
24                                    /

25

26      Plaintiff Adriana Noriega hereby substitutes ROBERT C. MADDOX &

27  ASSOCIATES, 10587 Double R Blvd., Suite 100, Reno, NV 89521, Telephone: (775) 322-3666;

28  LEVERTY & ASSOCIATES LAW CHTD., 832 Willow Street, Reno, Nevada 89502,

                                        1

1   Telephone: (775) 322-6636; and DUNLAP & LAXALT, 537 Ralston Street, Reno, Nevada

2   89503, Telephone: (775) 323-7790 as attorneys of record in place and stead of: HAGER &

3   HEARNE, 245 E. Liberty Street, Suite 450, Reno, Nevada 89501 and Lee T. Hotchkin, Esq., 100

4   W. Liberty Street, Suite 820, Reno, Nevada 89501.

5

6   I consent to the above substitution.

7   DATED: ___11\28\12___

8   ___Adrian Moraga___ (minor child)
    *(Signature of Party)*

9

10  I consent to the above substitution.          I consent to the above substitution.

11  DATED: ___12/6/12___                          DATED: ___12/6/12___

12  HAGER & HEARNE                                LEE T. HOTCHKIN, Esq.

13

14  ___/S/ Treva Hearne___                        ___/S/ Lee Hotchkin___

15  Treva J. Hearne, Esq.                         Lee T. Hotchkin, Esq.
    245 E. Liberty Street, Suite 450              100 W. Liberty Street, Suite 820
    Reno, Nevada 89501                            Reno, Nevada 89501.

16  *Present Attorneys*                           *Present Attorneys*

17
    We are duly admitted to practice in this District.   We are duly admitted to practice in this District.
18
    Above substitution accepted.                  Above substitution accepted.
19
    DATED: ___12/5/12___                          DATED: ___12/6/12___
20
    LEVERTY & ASSOCIATES LAW CHTD.                ROBERT C. MADDOX & ASSOCIATES
21

22
    ___/S/ Patrick Leverty___                     ___/S/ Robert Maddox___
23  Vernon E. Leverty, Esq.                       Robert C. Maddox, Esq.
    Patrick R. Leverty, Esq.                      Nancy Jasculca, Esq.
24  832 Willow St.                                10587 Double R Blvd., Suite 100
    Reno, Nevada 89502                            Reno, NV 89521
25  *New Retained Attorneys*                      *New Retained Attorneys*

26

27

28

2

1    We are duly admitted to practice in this District.

2    Above substitution accepted.

3    DATED: ___12/6/12_____

4    DUNLAP & LAXALT

5

6    ___/S/ Calvin Dunlap_____
     Calvin R.X. Dunlap, Esq.
7    Monique Laxalt, Esq.
     537 Ralston Street
8    Reno, Nevada 89503
     *New Retained Attorneys*
9
         APPROVED:
10
                              DATED: _____
11

12
                              _____
13                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              3