```
 1  Robert C. Maddox, Esq., NV Bar No. 4002
    Nancy H. Jasculca, Esq., NV Bar No. 9594
 2  **ROBERT C. MADDOX & ASSOCIATES**
    10587 Double R Blvd., Suite 100
 3  Reno, NV 89521
    Telephone: (775)322-3666 • Facsimile: (775)322-6338
 4
    Vernon E. Leverty, Esq., NV Bar No. 1246
 5  Patrick R. Leverty, Esq., NV Bar No. 8840
    **LEVERTY & ASSOCIATES LAW, CHTD.**
 6  832 Willow Street
    Reno, Nevada 89502
 7  Telephone: (775) 322-6636 • Facsimile: (775) 322-3953

 8  Calvin R.X. Dunlap, Esq., NV Bar No. 2111
    Monique Laxalt, Esq., NV Bar No. 1969
 9  **DUNLAP & LAXALT**
    537 Ralston Street
10  Reno, Nevada 89503
    Telephone: (775) 323-7790 • Facsimile: (775) 323-5454
11
```

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BILL ADAMSON, et al., | CASE NO. 3:09-cv-00621-LDG |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |
| BILL ADAMSON, et al., | CASE NO. 3:09-cv-00715-LDG |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Plaintiff Kilita Jones hereby substitutes ROBERT C. MADDOX & ASSOCIATES, 10587 Double R Blvd., Suite 100, Reno, NV 89521, Telephone: (775) 322-3666; LEVERTY & ASSOCIATES LAW CHTD., 832 Willow Street, Reno, Nevada 89502,

1

1  Telephone: (775) 322-6636; and DUNLAP & LAXALT, 537 Ralston Street, Reno, Nevada
2  89503, Telephone: (775) 323-7790 as attorneys of record in place and stead of: HAGER &
3  HEARNE, 245 E. Liberty Street, Suite 450, Reno, Nevada 89501 and Lee T. Hotchkin, Esq., 100
4  W. Liberty Street, Suite 820, Reno, Nevada 89501.

6  I consent to the above substitution.
7  DATED: 11/16/12
8  _____
   (Signature of Party)

10  I consent to the above substitution.                I consent to the above substitution.
11  DATED:    12/6/12                                   DATED:    12/6/12
12  HAGER & HEARNE                                      LEE T. HOTCHKIN, Esq.

14  /S/ Treva Hearne                                    /S/ Lee Hotchkin
    _____                      _____
15  Treva J. Hearne, Esq.                                Lee T. Hotchkin, Esq.
    245 E. Liberty Street, Suite 450                    100 W. Liberty Street, Suite 820
    Reno, Nevada 89501                                  Reno, Nevada 89501.
16  *Present Attorneys*                                 *Present Attorneys*

18  We are duly admitted to practice in this District.  We are duly admitted to practice in this District.
    Above substitution accepted.                         Above substitution accepted.
19
    DATED:    12/6/12                                    DATED:    12/6/12
20
    LEVERTY & ASSOCIATES LAW CHTD.                       ROBERT C. MADDOX & ASSOCIATES

22                                                      /S/ Robert Maddox
    _____                      _____
23  Vernon E. Leverty, Esq.                              Robert C. Maddox, Esq.
    Patrick R. Leverty, Esq.                             Nancy Jasculca, Esq.
24  832 Willow St.                                       10587 Double R Blvd., Suite 100
    Reno, Nevada 89502                                   Reno, NV 89521
25  *New Retained Attorneys*                             *New Retained Attorneys*

1  We are duly admitted to practice in this District.

2  Above substitution accepted.

3  DATED: 12/6/12

4  DUNLAP & LAXALT

6  /S/ Calvin Dunlap
   Calvin R.X. Dunlap, Esq.
7  Monique Laxalt, Esq.
   537 Ralston Street
8  Reno, Nevada 89503
   *New Retained Attorneys*

9  APPROVED:

10 DATED: 17 Dic 2012

13 UNITED STATES DISTRICT JUDGE

3